UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

SUFFERN PARTNERS LLC,

                      Plaintiff,

  -against-                                      Civil Action No. 20-cv-08905-CS

OLD REPUBLIC NATIONAL TITLE INSURANCE
COMPANY, GILBERT BACKENROTH, STEPHEN      **ORDER TO SHOW CAUSE**
GRABLE, HAHN & HESSEN LLP, and ISAAC           **WITH EMERGENCY RELIEF**
LEFKOWITZ,                                                **AND EX PARTE TRO**

                      Defendants.
------------------------------------------------------------------------X
OLD REPUBLIC NATIONAL TITLE INSURANCE
COMPANY,

                 Third-Party Plaintiff,

    -against-

THOMAS LANDRIGAN and COHEN,
LABARBERA & LANDRIGAN, LLP,

                 Third-Party Defendants.
------------------------------------------------------------------------X

UPON reading and filing the affirmation David K. Fiveson, Esq. in support, dated January 7, 2021, with exhibits A-DD annexed thereto; the declaration of Maria Filippelli in support, sworn to January 6, 2021, with Exhibits A-E annexed thereto; and the Answer with Defenses to Counterclaims filed by plaintiff Suffern Partners LLC ("Suffern") on December 28, 2020 as CM/ECF 45,  Suffern shall show cause before this Court Room ___ at the United States District Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601-4150, on the _____ day of _____ at 9:30 a.m., or as soon thereafter as counsel can be heard, why an order should not issue on the motion of defendant Old Republic National Title Insurance Company ("ORNTIC"), for the following relief:

(a) Pursuant to FRCP 65, granting ORNTIC a preliminary injunction restraining Suffern, its employees, agents, members and managers and/or assigns, from disbursing, dissipating, hypothecating, encumbering, transferring or secreting any portion of the $1,484,483.86 paid to Suffern in partial refund of $2 million deposited by ORNTIC into escrow to settle a title claim of Suffern; and

(b) Granting ORNTIC such other and further relief as the Court deems just and proper;

SUFFICIENT CAUSE APPEARING THEREFORE, IT IS HEREBY,

ORDERED, that pending a hearing and determination of the within motion, Suffern, its employees, agents, managers, members and/or assigns and all persons acting in concert with Suffern are temporarily prohibited and restrained from disbursing, transferring, dissipating, hypothecating, encumbering or secreting any portion of the $1,484,483.86 paid to Suffern as a Claim Refund pending further order of this Court; and it is further

ORDERED that service of a copy of this Order to Show Cause and the papers upon which it is based, on or before the ___ day of _____ 2021, upon Suffern and all parties who have appeared herein, by ECF filing, and that such notice be deemed good and sufficient service.

E N T E R:

_____
UNITED STATES DISTRICT JUDGE