# EXHIBIT B

Civil Action No. 20-cv-08905-CS
Affirmation of David K. Fiveson, Esq.

Paul Piperato, County Clerk
1 South Main St., Ste. 100
New City, NY 10956
(845) 638-5070

# Rockland County Clerk Recording Cover Sheet

**Received From:**
FRONTIER ABSTRACT & RESEARCH SERVICES
30 WEST BROAD STREET   SUITE 100
IRVING PLACE / CITY HALL
ROCHESTER, NY 14614

**Return To:**
FRONTIER ABSTRACT & RESEARCH SERVICES
30 WEST BROAD STREET   SUITE 100
IRVING PLACE / CITY HALL
ROCHESTER, NY 14614

**Method Returned:** ERECORDING

**First GRANTOR**
NOVARTIS CORP

**First GRANTEE**
RS OLD MILL LLC

**Index Type:** Land Records
**Instr Number:** 2017-00029310
**Book:**        **Page:**

**Type of Instrument:** Deed
**Type of Transaction:** Deed Other
**Recording Fee:** $386.00

**Recording Pages:** 17

The Property affected by this instrument is situated in Ramapo, in the County of Rockland, New York

### Real Estate Transfer Tax

| | |
|---|---|
| **RETT #:** | 920 |
| **Deed Amount:** | $18,000,000.00 |
| **RETT Amount:** | $72,000.00 |
| **Total Fees:** | $72,386.00 |

State of New York
County of Rockland

I hereby certify that the within and foregoing was recorded in the Clerk's office for Rockland County, New York

On (Recorded Date): 09/14/2017
At (Recorded Time): 7:44:00 AM

Paul Piperato, County Clerk

This sheet constitutes the Clerks endorsement required by Section 319 of Real Property Law of the State of New York

Entered By: NYROCKLANDUSER19   Printed On: 09/14/2017   At: 2:47:58PM

# NOVARTIS CORPORATION
# GRANTOR

# TO

# RS OLD MILL, LLC
# GRANTEE

## BARGAIN AND SALE DEED
### WITH COVENANT AGAINST GRANTOR'S ACTS

Dated: as of September 1, 2017

Property known as:

| Parcel A: | Parcel B: | Parcel C: |
|---|---|---|
| 25 Old Mill Road<br>Suffern, New York | 19 Hemion Road<br>Montebello, New York | Route 59<br>Suffern, New York |
| County: Rockland<br>Village: Suffern<br>Section: 55.22<br>Block: 1<br>Lot: 1 | County: Rockland<br>Village: Montebello<br>Section: 55.06<br>Block: 1<br>Lot: 1 | County: Rockland<br>Village: Suffern<br>Section: 55.37<br>Block: 1<br>Lot: 31 |

Record and Return to:

Cohen, LaBarbera & Landrigan, LLP
40 Matthews Street, Suite 203
Goshen, New York 10924
Attention: Thomas C. Landrigan, Esq.

{11305441:8}

## BARGAIN AND SALE DEED
## WITH COVENANTS AGAINST GRANTORS ACTS

**THIS INDENTURE**, made as of the 1st day of September, 2017,

**BETWEEN**

**NOVARTIS CORPORATION** (successor by name-change to CIBA-GEIGY CORPORATION, successor by name-change to GEIGY CHEMICAL CORPORATION), a New York corporation, having an address at c/o Novartis Pharmaceuticals Corporation, One Health Plaza, East Hanover, New Jersey 07936 (the "Grantor"), and **RS OLD MILL, LLC**, a Delaware limited liability company, having an address at 17 Lime Kiln Road, Suffern, New York 10901 (the "Grantee");

**WITNESSETH**, that the Grantor, in consideration of Ten ($10.00) Dollars and other good and valuable consideration, paid by the Grantee, does hereby grant and release unto the Grantee, the heirs or successors and assigns of the Grantee forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Villages of Suffern and Montebello, Town of Ramapo, County of Rockland, State of New York, as more fully described on Schedule A, annexed hereto.

**SAID PREMISES** being designated as (i) Tax Map Section 55.22, Block 1 Lot 1, Village of Suffern, Town of Ramapo, Rockland County, New York (ii) Tax Map Section 55.06, Block 1 Lot 1, Village of Montebello, Town of Ramapo, Rockland County, New York and (iii) Tax Map Section 55.37, Block 1 Lot 31, Village of Suffern, Town of Ramapo, Rockland County, New York.

**SAID PREMISES** being and intended to be the same premises described in the deeds to Grantor (or its predecessors, as applicable) from (i) Robert L. Smith, as executor of the Estate of Henry L. Smith under the last will and testament of Henry L. Smith, deceased, by Executor's Deed dated September 22, 1975, and recorded in the Office of the Rockland County Clerk (the "Office") on September 29, 1975 in Liber 968, Page 34; (ii) Maurice J. Palizza, Inc. by Deed dated April 21, 1971 and recorded in the Office on May 3, 1971 in Liber 889, Page 588; (iii) 8 J's Incorporated by Deed dated May 17, 1966 and recorded in the Office on April 29, 1971 in Liber 889, Page 384; (iv) Robert J. McMaster by Deed dated August 13, 1965 and recorded in the Office on August 30, 1965 in Liber 796, Page 892; (v) Church of the Sacred Heart by Deed dated October 24, 1960 and recorded in the Office on November 7, 1960 in Liber 724, Page 347; (vi) Robert W. Prier and Belle Zeck, as Trustees for Gwenn Mayer, Janice Mayer and Felicia Mayer, pursuant to a Trust Agreement dated November 6, 1959 by Deed dated August 9, 1960 and recorded in the Office on August 9, 1960 in Liber 719, Page 991; (vii) Henry Mayer and Sidney Mayer, as Executors and Trustees of the Estate of Gustav Mayer, deceased, and Milton Klein as Trustee under the Last Will and Testament of Gustav Mayer, deceased, by Executor's

{11305441:8}

Deed dated August 9, 1960 and recorded in the Office on August 9, 1960 in Liber 719, Page 987; and (viii) Society of the Holy Child Jesus by Deed dated February 4, 1963 and recorded in the Office on February 8, 1963 in Liber 756, Page 940.

**SAID PREMISES ARE CONVEYED SUBJECT TO THE FOLLOWING RESTRICTIVE PROVISIONS AS TO THE USE OF SAID PREMISES**: Residential uses of any kind or nature are prohibited on, over or under the premises conveyed herein including, without limitation, single family dwellings, multi-family dwellings and mobile home dwellings and related facilities such as schools and other educational institutions and child care facilities of any kind. For avoidance of doubt, any and all uses of the premises conveyed herein are restricted to uses which are commercial or industrial and under no circumstances residential. The forgoing prohibition and restriction shall run with the land. The foregoing restriction shall be enforceable solely and exclusively by Grantor or any of the parent, subsidiary or affiliates of Grantor or any of the respective successors or assigns of any of the foregoing.

**TOGETHER** with all right, title, and interest, if any, of the Grantor in and to any streets and roads abutting the above described premises to the center line thereof; **TOGETHER** with the appurtenances and all the estate and rights of the Grantor in and to said premises; **TO HAVE AND TO HOLD** the premises herein granted unto the Grantee, the heirs or successors and assigns of the Grantee forever.

**AND** the Grantor covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid and except as set forth in any documents of record as of the date hereof.

**AND** the Grantor, in compliance with Section 13 of the Lien Law, covenants that the Grantor will receive the consideration for the conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

**AND** the Grantor is conveying the premises in the ordinary course of business.

**[Remainder of Page Intentionally Left Blank; Signature Page to Follow]**

[Signature Page to Bargain and Sale Deed]

**IN WITNESS WHEREOF**, the Grantor has duly executed this deed as of the date first above written.

**GRANTOR**

IN PRESENCE OF:

NOVARTIS CORPORATION,
a New York corporation

By: _____
Name: Craig Osten
Title: Vice President & Treasurer

State of New Jersey       :
                          : ss:
County of Morris          :

On the 31st day of August, 2017, before me, the undersigned, personally appeared CRAIG OSTEN personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signatures on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance in the City/Town of EAST HANOVER in the State of NEW JERSEY.

_____
Notary Public

Jean M. Gallagher
Notary Public
State of New Jersey
Commission Expires 5/28/18

SCHEDULE A TO BARGAIN AND SALE DEED

**Parcel A**

ALL that certain plot, piece or parcel of land and premises, situate, lying and being in Suffern, Rockland County, New York, and being shown on map entitled "Map of lands to be conveyed by Charles A. Pace, Suffern, New York, Scale 1" – 60', May 1939", made by Frederick Washburn, Surveyor, and duly filed in the Office of the Clerk of the County of Rockland, at New City, Rockland County, New York, and being more fully bounded and described as follows:

BEGINNING at a point in the southerly line of premises of one Haeussler, at a post distant 28.4 feet easterly from the southwesterly corner of said Haeussler's premises as shown on said map, and running thence (1) in a westerly direction along the southerly line of said Haeussler's premises, 28.4 feet to an iron pipe standing in the southeasterly corner of premises of J.A. Martin, as shown on said map, and running thence (2) in a general westerly direction along the southerly line of said Martin's premises, on a course South 67 degrees 18 minutes West, 287.6 feet to an iron pipe; thence (3) on a course South 50 degrees 39 minutes West, 317.5 feet to an iron pipe in the southerly line of premises of Suffern Land Co.; thence (4) on a course South 58 degrees 26 minutes West, 200 feet to an iron pipe standing in the southerly line of premises of said Suffern Land Co.; thence (5) on a course South 31 degrees 34 minutes East, passing through an Oak tree near the southerly side of a private road running through said premises, 336 feet to an iron pipe in the center line of a brook as shown on said map; thence (6) through the center line of said brook on a course North 56 degrees 32 minutes East, 277 feet to a point, thence (7) still through the center line of said brook on a course North 42 degrees East, 204 feet to a point; thence (8) still through the center line of said brook on a course North 40 degrees 10 minutes East, 68 feet; thence (9) still through the center line of said brook, on a course North 44 degrees East, 193 feet to a point; thence (10) still through the center line of said brook on a course North 8 degrees 08 minutes East, 134.5 feet to the southwest corner of the east abutment of a bridge over said brook, as shown on said map; and thence (11) on a course North 21 degrees 12 minutes West, 91.3 feet to the point and place of beginning.

**And also**

ALL that certain plot, piece or parcel of land, situate lying and being in the Village of Suffern, Town of Ramapo, County of Rockland and State of New York, more particularly bounded and described as follows:

BEGINNING at a point where the easterly line of land now or formerly of Suffern Land Co. is intersected by the southwesterly line of land of the State of New York and the northeasterly line of land now or formerly of Smith; thence running along the dividing line between said land of the State of New York and said land now or formerly of Smith, South 64 degrees 46 minutes 8 seconds east 387 feet to the southeasterly line of said land of the State of New York; thence running along said southeasterly line of land of the State of New York, North 57 degrees 31 minutes 52 seconds East 396 feet to an angle point in same; thence running along said land formerly of the State of New York now or formerly of Gustav Mayer, North 38 degrees 10 minutes 52 seconds East 246 feet to a point which is distant 90 feet southerly measured at right

## SCHEDULE A
### (Continued)

angles from Station 83 / 71 / of the survey base line for the New York State Thruway; thence running along land of the State of New York North 89 degrees 2 minutes 23 seconds West 597.85 feet to a point distant 150 feet southerly measured at right angles from Station 77 / 72 / of said survey base line; thence continuing along land of the State of New York South 26 degrees 28 minutes 37 seconds West 89.4 feet to the easterly line of land of Suffern Land Co. which point is distant 158 feet southerly measured at right angles from Station 78 / 83 / of said survey base line; thence running along the easterly line of said land now or formerly of Suffern Land Co. South 30 degrees 53 minutes 62 seconds West 282.8 feet to the point of beginning.

**And also**

ALL that certain plot, piece or parcel of land and premises, situate, lying and being in the Village of Suffern, the Town of Ramapo, County of Rockland and State of New York, more particularly bounded and described as follows:

BEGINNING on the northeasterly corner of the premises hereby being conveyed, where the southerly line of the proposed access road of the New York State Thruway intersects the easterly side of said premises; running thence (1) south 51 degrees 09 minutes 20 seconds west, 110.89 feet along the land now or formerly of Olsen; (2) continuing along said land south 49 degrees 39 minutes 20 seconds west 182 feet to a corner; (3) continuing along said land of Olsen and along the land now or formerly of Fredericks south 25 degrees 39 minutes 20 seconds west 1872.60 feet to a corner; (4) continuing along the land now or formerly of Fredericks south 71 degrees 21 minutes 50 seconds east 416.59 feet to the intersection with the northerly right of way line of the Erie Railroad (Piermont Branch); (5) running along the right of way of the Erie Railroad north 86 degrees 43 minutes 20 seconds west 881.09 feet; (6) continuing along said right of way on a radius of 1877.08 feet to the left 98.28 feet; (7) continuing along said right of way on a radius of 1249.18 feet a distance of 482.15 feet; (8) continuing along said right of way north 72 degrees 33 minutes 50 seconds west 243.05 feet; (9) continuing along said right of way on a radius of 1877.08 feet a distance of 368.03 feet; (10) continuing along said right of way on a radius of 2831.93 feet a distance of 98.85 feet; (11) continuing along said right of way north 46 degrees 24 minutes 40 seconds west 514.01 feet to the lands of Belmont Stone Company; (12) running thence along said lands north 11 degrees 07 minutes 30 seconds east 730.70 feet; (13) continuing along said lands of Belmont Stone Company north 59 degrees 52 minutes 30 seconds east 864.50 feet to the lands now or formerly of H.L. Smith; (14) running thence along the said lands of H.L. Smith south 30 degrees 11 minutes 30 seconds east 336.05; (15) thence, continuing along the lands now or formerly of H.L. Smith and running along the center line of a brook the following five course and distances - north 57 degrees 54 minutes 30 second east 277.25 feet; (16) north 43 degrees 22 minutes 30 seconds east 204 feet; (17) north 41 degrees 32 minutes 50 seconds east 68 feet; (18) north 45 degrees 22 minutes 30 seconds east 193 feet; (19) north 9 degrees 30 minutes 30 seconds east 134.50 feet; (20) thence leaving the said brook, but continuing along the land of H.L Smith, north 19 degrees 49 minutes 30 seconds west 91.30 feet to a post in the line of land now or formerly of Haeussler; (21) running thence along the said land of Haeussler and along the land now or formerly of Beard north 50 degrees 19 minutes 30 seconds east 237.92 feet

## SCHEDULE A
### (Continued)

to a point in the southerly side of the aforesaid proposed access road of the New York State Thruway; (22) running thence in a southeasterly direction along the aforesaid southerly line of said proposed access road to the point or place of beginning.

TOGETHER WITH the right to use a drainage pipe under the New York State Thruway as set forth, defined and limited in that certain Decision of Hon. Alexander Del Giorno (State of New York, Court of Claims), with respect to Claims No. 33215 and No. 35032 entered November 27, 1957, and filed on November 29, 1957, in the Office of the Clerk of the Court of Claims.

### Parcel B

ALL that certain plot, piece or parcel of land, situate, lying and being in the Village of Suffern, Town of Ramapo, County of Rockland and State of New York, more particularly bounded and described as follows:

BEGINNING at a point in the previously widened westerly line of Hemion Road, where the same in intersected by the northerly line of the Erie Lackawanna Railroad Right of Way. Said point being distant 15.00 feet on a course of North 81 degrees 15 minutes 39 seconds West along the northerly line of the Erie Railroad from the original westerly line of said Hemion Road; and running thence (1) North 81 degrees 15 minutes 39 seconds West 16.36 feet along the northerly right of way line of the Erie Lackawanna Railroad to a bend therein; thence (2) North 87 degrees 44 minutes 26 seconds West 571.32 feet along the same to a bend therein; thence (3) North 87 degrees 37 minutes 29 seconds West 160.06 feet continuing along the same to a corner of lands now or formerly of the Geigy Chemical Company; thence (4) North 71 degrees 35 minutes 30 seconds West 432.62 feet along lands now or formerly of the Geigy Chemical Company to a point; thence (5) North 26 degrees 54 minutes 30 seconds East 379.93 feet continuing along the same to a monument; thence (6) South 72 degrees 14 minutes 35 seconds East 1095.54 feet continuing along the same to a point in the previously widened westerly line of Hemion Road (said point being distant 2.00 feet on a course of North 72 degrees 14 minutes 35 seconds West from the original westerly line of Hemion Road, and a corner of lands now or formerly of the Geigy Chemical Company); thence (7) South 18 degrees 29 minutes 43 seconds West 182.35 feet along the previously widened westerly line of Hemion Road to the point or place of beginning.

## SCHEDULE A
### (Continued)

**And also**

ALL that certain plot, piece or parcel of land, situate lying and being in the Town of Ramapo, County of Rockland and State of New York, more particularly bounded and described as follows:

BEGINNING at a point in the westerly line of Hemion Road, said point of beginning being distant 511.50 feet northerly along said westerly line of Hemion Road from the center line of the Erie Lackawanna Railroad Company tracks, and said point of beginning being distant 3.60 feet on a course North 11 degrees 37 minutes 20 seconds East from a Rockland County Highway Monument set in said westerly line of Hemion Road; and running THENCE (1) along a stone wall and on a course North 75 degrees 29 minutes West, a distance of 378.70 feet; THENCE (2) turning and running along another stone wall and on a course North 22 degrees 7 minutes 30 seconds East, a distance of 204.0 feet; THENCE (3) turning and running along still another stone wall and on a course South 74 degrees 35 minutes 30 seconds East, a distance of 348.18 feet to the westerly line of Hemion Road; THENCE (4) along the westerly line of Hemion Road and on a course South 14 degrees 13 minutes 5 seconds West, a distance of 142.69 feet to a Rockland County Highway monument; and THENCE (5) still along the westerly line of Hemion Road and on a course South 11 degrees 37 minutes 20 seconds West, a distance of 54.17 feet to the point or place of beginning.

**And also**

ALL that certain plot, piece or parcel of land and premises, situate lying and being in the Town of Ramapo, County of Rockland and State of New York, bounded and described as follows:

BEGINNING at a point in the center of Hemion Road at the northeasterly corner of premises now or formerly of Gertrude Conklin (1) North 73 degrees 21 minutes 40 seconds West 1114.06 feet to the Easterly line of premises now or formerly of Henry and Sidney Mayer; thence (2) North 25 degrees 47 minutes 25 seconds East 510.36 feet to an iron pipe in the Southerly line of lands now or formerly of Arthur Olsen; thence (3) South 72 degrees 14 minutes 40 seconds East, 654.11 feet to an iron pipe; thence (4) along lands now or formerly of Martin Hunter, South 23 degrees 57 minutes 10 seconds West 214.36 feet to an iron pipe in the southwesterly corner of Hunter's premises; thence along the southwesterly line of said Hunter's property South 72 degrees 1 minute 10 seconds East 390.23 to the center line of Hemion Road; thence South 13 degrees 17 minutes 55 seconds West 270.93 feet to the point or place of beginning.

**And also**

ALL that certain plot, piece or parcel of land and premises, situate lying and being in the Town of Ramapo, County of Rockland and State of New York, bounded and described as follows:

BEGINNING at a post in the southwest corner of said lot, being also the northwest corner of lot of James and Henry Frederick, and running thence (1) south 74 degrees 30 minutes east, part of

## SCHEDULE A
(Continued)

the way along a post and wire fence and a stone wall, 655 feet to a post; thence (2) south 21 degrees 10 minutes west 11.2 feet to the southerly side of a stone wall; thence (3) south 75 degrees 20 minutes east, along the southerly side of said stone wall 359 feet to the middle of the public highway running from the Montebello Road to the Nyack Turnpike; thence (4) through the center of the same north 18 degrees 15 minutes east 380 feet; thence (5) running still along the center of said road 450 feet more or less to a point; thence (6) still along the center of the same north 45 degrees 26 minutes east 433 feet to a point opposite the remains of an old stone wall; thence (7) north 68 degrees 11 minutes west, part of the way along the remains of an old stone wall, 335 feet to an iron pipe in the bed of the old pond; thence (8) north 14 degrees 8 minutes east, part of the way through the brook, 412 feet to a rock and northwest corner of premises formerly of Charles Ackerson; thence (9) north 41 degrees 3 minutes west along a stone wall 393 feet to a large oak tree; thence (10) south 48 degrees 21 minutes west along the remains of an old stone wall 255 feet; thence (11) south 49 degrees west along the remains of an old wall 578 feet to a stake and stones; thence (12) south 47 degrees 30 minutes west 182 feet to a stake; thence (13) south 23 degrees 30 minutes west 993 feet along a stone wall to the place of beginning.

EXCEPTING AND EXCLUDING THEREFROM:

A. The portion of the above lands conveyed by Geigy Chemical Corporation to County of Rockland by Deed dated October 23, 1963, and recorded Office of the Clerk of the County of Rockland on October 29, 1963 in Liber 768, Page 18;

B. The portion of the above lands conveyed by Alicia I. Olsen to the County of Rockland for reconstruction of Hemion Road, by Deed dated October 11, 1948, and recorded in the Office of the Clerk of the County of Rockland on the 20th day of October, 1949, in Book 487 of Deeds, Page 291; and

C. All lands north of the southerly line of the access road of the New York State Thruway and north of the most southerly line of all portions acquired by said Thruway; It being intended to exclude all the lands lying north of the Thruway and the following parcels acquired for New York State Thruway:

| | |
|---|---|
| **Map No. 471-** | Parcel No. 471- 3.96 acres, more or less, in Book 4 of Thruway Maps, Page 720, 721. |
| **Map No. 1248-** | Parcel No. 1248- 1.72 acres, more or less, in Book 5 of Thruway Maps, Page 937, 938. |
| **Map No. 1285-** | Parcel No. 1285- 0.041 acres, more or less, or 1,177 square feet, more or less, in Book 6 of Thruway Maps, Page 1206. |

## SCHEDULE A
### (Continued)

**Map No. 1286-**     Parcel No. 1286- 0.203 acres, more or less, or 8,850 square feet, more or less, in Book 6 of Thruway Maps, Page 1206, 1207.

**Map No. 418-**     Parcel No. 418- 0.341 acres, more or less, or 10,518 square feet, more or less, in Book 4 of Thruway Maps, Page 716.

### Parcel C

ALL that certain plot, piece or parcel of land and premises, situate lying and being in Suffern, Town of Ramapo, County of Rockland and State of New York, being bounded and described as follows:

BEGINNING at a point in a stonewall on the northeasterly side of Route 59, distant 407.25 feet northwesterly from the West side of Mt. Eymard Seminary; running thence North 56 degrees 1 minute 40 seconds West along said stonewall and said side of Route 59, 88.07 feet to a point and the southeasterly side of an existing 12 foot Right of Way; thence North 31 degrees 38 minutes 5 seconds East along said side of the 12 foot Right of Way 149.63 feet to a point; thence North 20 degrees 26 minutes 5 seconds East, still along said Right of Way 117.98 feet to the lands of the Erie Railroad Company; thence South 61 degrees 50 minutes 20 seconds East along said lands 88.81 feet to other lands of the Society of the Holy Child Jesus; thence South 20 degrees 26 minutes 5 seconds West along said last mentioned land 114.68 feet to a point; thence South 31 degrees 38 minutes 5 seconds West, still along said last mentioned lands, 161.85 feet to the northeasterly side of Route 59 at the point of beginning

### And also

ALL that certain plot, piece or parcel of land and premises, situate lying and being in the Village of Suffern, Town of Ramapo, County of Rockland and State of New York, being bounded and described as follows:

BEGINNING at a point where Route 59 intersects the Southeasterly side of an existing 12 foot Right of Way and the Northwesterly side of an 88 foot wide parcel conveyed by the Society of the Holy Child Jesus to Geigy Chemical Corp.; running thence North 31 degrees 38 minutes 5 seconds East along the side of said 38 foot parcel 149.63 feet to a point; thence North 20 degrees 26 minutes 5 seconds East, still along said side of said parcel 117.98 feet to the land of the Erie Railroad Company; thence North 61 degrees 50 minutes 20 seconds West along said railroad property and crossing said 12 foot Right of Way 12.11 feet to other lands of the Society of the Holy Child Jesus; thence South 20 degrees 26 minutes 5 seconds West along said last mentioned lands 118.44 feet; thence South 31 degrees 38 minutes 5 seconds West still along said last mentioned lands 147.97 feet to a point on the Northeasterly side of Route 59; thence South 56 degrees 1 minute 40 seconds East along said side of Route 59, 12.01 feet to the point or place of beginning.

## SCHEDULE A
### (Continued)

*The aforesaid Parcels A and B and C being further described according to that certain Survey made by Jaroslava Vonder (of Paulus, Sokolowski and Sartor, LLC), initially issued February 10, 2017, certifications revised August 31, 2017, as follows:*

*As to Parcels A and B*

ALL that certain plot, piece or parcel of land, situate, lying and being in Villages of Suffern and Montebello, Town of Ramapo, Rockland County, New York, more particularly bounded and described as follows:

**BEGINNING** at a point in the westerly right-of-way of Hemion Road (variable width right-of-way), said point being the intersection of the northerly right-of-way of Consolidated Rail Corporation with said westerly right-of-way, and running thence, the following ten (10) courses along said northerly right-of-way;

1. South 85°05'01" West a distance of 16.71 feet to a point, thence;

2. South 78°48'56" West a distance of 571.32 feet to a point marked by an iron pin, thence;

3. South 79°00'34" West a distance of 160.04 feet to a point marked by a concrete monument, thence;

4. South 80°48'20" West a distance of 881.22 feet to a point of cusp marked by a concrete monument, thence;

5. On a curve to the right having a radius of 1877.08 feet, an arc length of 98.38 feet whose chord bears South 82°07'01" West a chord distance of 98.37 feet to a point of cusp marked by a concrete monument, thence;

6. On a curve to the right having a radius of 1249.18 feet, an arc length of 469.95 feet whose chord bears North 84°37'34" West a chord distance of 467.18 feet to a non-tangential point marked by a mag-nail, thence;

7. North 86°37'10" West a distance of 243.08 feet to a point of cusp marked by a mag-nail, thence;

8. On a curve to the right having a radius of 1877.08 feet, an arc length of 377.48 feet whose chord bears North 68°15'36" West a chord distance of 376.84 feet to a point of cusp marked by a concrete monument, thence;

9. On a curve to the right having a radius of 2831.93 feet, an arc length of 98.91 feet whose chord bears North 60°16'06" West a chord distance of 98.90 feet to a non-tangential point marked by a concrete monument, thence;

**SCHEDULE A**
**(Continued)**

10. North 59°20'58" West a distance of 514.07 feet to a point marked by a concrete monument, thence, the following seven (7) courses along the easterly line of Lot 1, Block 1, Section 55.21;

11. North 01°56'45" West a distance of 730.41 feet to a point marked by a concrete monument, thence;

12. North 47°23'01" East a distance of 865.96 feet to a point marked by a concrete monument, thence;

13. North 47°30'23" East a distance of 200.00 feet to a point marked by an iron pin, thence;

14. North 39°35'37" East a distance of 317.50 feet to a point marked by an iron pin, thence;

15. South 55°46'42" West a distance of 75.01 feet to a point marked by a concrete monument, thence;

16. North 65°50'24" West a distance of 387.00 feet to a point marked by an iron pin, thence;

17. North 29°54'35" East a distance of 282.80 feet to a point marked by a concrete monument in the southerly right-of-way of the New York State Thruway, thence, the following nine (9) courses along said right-of-way;

18. North 82°20'55" East a distance of 88.18 feet to a point marked by a concrete monument, thence;

19. South 89°08'47" East a distance of 594.93 feet to a point of cusp marked by a concrete monument, thence;

20. On a curve to the right having a radius of 4112.81 feet, an arc length of 203.76 feet whose chord bears South 84°40'04" East a chord distance of 203.74 feet to a point of cusp marked by a concrete monument, thence;

21. On a curve to the right having a radius of 2829.79 feet, an arc length of 433.53 feet whose chord bears South 78°29'25" East a chord distance of 433.11 feet to a non-tangential point, thence;

22. South 74°26'56" East a distance of 768.63 feet to a point marked by a concrete monument, thence;

**SCHEDULE A**

**(Continued)**

23. South 74°27'27" East a distance of 255.71 feet to a point marked by a concrete monument, thence;

24. South 74°07'33" East a distance of 228.48 feet to a point marked by a concrete monument, thence;

25. South 64°22'43" East a distance of 170.25 feet to a point marked by a mag-nail, thence;

26. On a curve to the right having a radius of 998.10 feet, an arc length of 241.62 feet whose chord bears South 58°34'41" East a chord distance of 241.03 feet to a point marked by a concrete monument in the westerly right-of-way of Hemion Road (variable width right-of-way), thence, the following ten (10) courses along said westerly right-of-way;

27. South 10°15'07" West a distance of 106.20 feet to a point marked by a concrete monument, thence;

28. South 32°47'54" West a distance of 38.40 feet to a point marked by a concrete monument, thence;

29. South 20°47'55" West a distance of 102.98 feet to a point marked by a capped iron pin, thence;

30. South 68°37'59" East a distance of 12.63 feet to a point of cusp marked by a capped iron pin, thence;

31. On a curve to the left having a radius of 1860.00 feet, an arc length of 770.94 feet whose chord bears South 14°18'03" West a chord distance of 765.43 feet to a point of cusp marked by a capped iron pin, thence;

32. On a curve to the left having a radius of 1860.00 feet, an arc length of 142.22 feet whose chord bears South 00°25'37" East a chord distance of 142.19 feet to a non-tangential point marked by a capped iron pin, thence;

33. South 02°37'03" East a distance of 7.74 feet to a point marked by a capped iron pin, thence;

34. South 02°37'43" West a distance of 50.15 feet to a point marked by a mag-nail, thence;

35. South 00°43'26" West a distance of 269.50 feet to a point, thence;

**SCHEDULE A**
**(Continued)**

36. Along South 05°41'47" West a distance of 182.36 feet to the **POINT OF BEGINNING**;

*As to Parcel C*

ALL that certain plot, piece or parcel of land, situate, lying and being in Village of Suffern, Town of Ramapo, Rockland County, New York, more particularly bounded and described as follows:

**BEGINNING** at a point in the southerly right-of-way of the Consolidated Railway Corporation, said point being the following two (2) courses from the terminus of the sixth (6) course of the Overall Site Description of Tax Map Section 55.22, Block 1, Lot 1, Village of Suffern, Town of Ramapo, Rockland County, New York, Tax Map Section 55.06, Block 1, Lot 1, Village of Montebello, Town of Ramapo, Rockland County, New York,

1. North 86°37'10" West a distance of 155.99 feet to a point, thence;

2. South 12°02'41" West a distance of 93.63 feet to the point of BEGINNING,

RUNNING THENCE from said point of BEGINNING, the following two (2) courses along the westerly line of Lot 3, Block 1, Section 55.38;

   A. South 12°02'41" West a distance of 114.73 feet to a point, thence;

   B. South 23°17'21" West a distance of 161.86 feet to a point in the northerly right-of-way of Lafayette Avenue (New York State Route 59) (variable width right-of-way);

THENCE along said northerly right-of-way, North 64°22'23" West a distance of 100.09 feet to a point, thence, the following two (2) courses along the easterly line of Lot 30.12, Block 1, Section 55.29;

   A. North 23°13'11" East a distance of 148.10 feet to a point, thence;

   B. North 12°05'22" East a distance of 118.44 feet to a point in the southerly right-of-way of the Consolidated Railway Corporation, thence;

THENCE along said southerly right-of-way, South 70°07'33" East a distance of 101.00 feet to the **POINT OF BEGINNING**.

**END OF SCHEDULE A**

| FOR COUNTY USE ONLY | 392607 | INSTRUCTIONS(RP-5217-PDF-INS): www.orps.state.ny.us | New York State Department of **Taxation and Finance** |
|---|---|---|---|
| C1. SWIS Code | 392617 | | Office of Real Property Tax Services |
| C2. Date Deed Recorded | 9/14/2017 | | **RP- 5217-PDF** |
| C3. Book 2017 | C4. Page 29310 | | Real Property Transfer Report (8/10) |

**PROPERTY INFORMATION**

1. Property Location: 25 Old Mill Road
   - City or Town: Town of Ramapo
   - Village: Village of Suffern
   - Zip Code: 10901

2. Buyer Name: RS OLD MILL, LLC

3. Tax Billing Address: (Indicate where future Tax Bills are to be sent if other than buyer address)

4. Indicate the number of Assessment Roll parcels transferred on the deed: 3

5. Deed Property Size: OR 151.96 ACRES

   - 4A. Planning Board with Subdivision Authority Exists ☐
   - 4B. Subdivision Approval was Required for Transfer ☐
   - 4C. Parcel Approved for Subdivision with Map Provided ☐

6. Seller Name: NOVARTIS CORPORATION

7. Select the description which most accurately describes the use of the property at the time of sale: 1. Industrial

   - 8. Ownership Type is Condominium ☐
   - 9. New Construction on a Vacant Land ☐
   - 10A. Property Located within an Agricultural District ☐
   - 10B. Buyer received a disclosure notice indicating that the property is in an Agricultural District ☐

**SALE INFORMATION**

11. Sale Contract Date: 11/28/2016
12. Date of Sale/Transfer: 09/01/2017
13. Full Sale Price: 18,000,000.00

15. Check one or more of these conditions as applicable to transfer:
    - A. Sale Between Relatives or Former Relatives
    - B. Sale between Related Companies or Partners in Business
    - C. One of the Buyers is also a Seller
    - D. Buyer or Seller is Government Agency or Lending Institution
    - E. Deed Type not Warranty or Bargain and Sale (Specify Below)
    - F. Sale of Fractional or Less than Fee Interest (Specify Below)
    - G. Significant Change in Property Between Taxable Status and Sale Dates
    - H. Sale of Business is Included in Sale Price
    - I. Other Unusual Factors Affecting Sale Price (Specify Below)
    - ☒ J. None

14. Indicate the value of personal property included in the sale: 0.00

**ASSESSMENT INFORMATION**

16. Year of Assessment Roll from which information taken(YY): 17
17. Total Assessed Value: 4,589,800
18. Property Class: 710
19. School District Name: Ramapo Central
20. Tax Map Identifier(s)/Roll Identifier(s): 55.22-1-1   55.37-1-31   55.06-1-1

**CERTIFICATION**

SELLER SIGNATURE: Novartis Corporation
BY: Craig Oston, Vice President and Treasurer  8/31/17

BUYER SIGNATURE: RS Old Mill LLC
BY: Yehuda Salamon  9/1/17
MANAGING MEMBER

**BUYER CONTACT INFORMATION**

- Last Name: Salamon
- First Name: Yehuda
- Area Code: (718)  Telephone: 947-7400
- Street Number: 17  Street Name: Lime Kiln Road
- City or Town: Suffern  State: NY  Zip: 10901

**BUYER'S ATTORNEY**
- Last Name: Landrigan
- First Name: Thomas
- Area Code: (845)  Telephone: 291-1900

ADDENDUM

Location and description of additional property conveyed

| Tax map designation | SWIS Code | Street Address | City, town or Village | County |
|---|---|---|---|---|
| 55.37-1-31 | 392607 | Route 59 | Village of Suffern | Rockland |
| 55.06-1-1 | 392617 | 19 Hemion Road | Village of Montebello | Rockland |

{11399693:1}