# EXHIBIT I

Civil Action No. 20-cv-08905-CS
Affirmation of David K. Fiveson, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

In re:                                                 Chapter 7

RS OLD MILL, LLC,                                      Case No. 17-22218 (RDD)

                              Debtor

--------------------------------------------------------------------X

### DECLARATION OF THOMAS C. LANDRIGAN

I, THOMAS C. LANDRIGAN, pursuant to 28 U.S.C. § 1746, declare under penalty of

perjury the following:

Preliminary Statement

1.      I am an attorney licensed to practice in the State of New York.

2.      Per the request of the Court, I submit the following declaration as an accounting of

the funds that my firm received on September 6, 2017 in connection with the Old Mill Road property

transaction.

3.      On September 6, 2017 – the date of the closing on the Old Mill Road property

transaction – my firm received funds to our IOLA Account in the sum of $13,763,840.88 from

Riverside Abstract Title Company. See Bank Account Statement dated September 2017, annexed

hereto as **Exhibit A**.

4.      Thereafter, pursuant to directions from debtor's "consultant"/acknowledged agent

Marty Stern[1], Yehuda Salamon himself, or Mr. Salamon's son David Salamon, those funds were

---

[1] According to the declaration of Yehuda Salamon that was submitted by debtor in opposition to motions to dismiss the
Adversary Proceeding Complaint filed by Suffern Partners and CPIF Lending, LLC, Marty Stern has "for many, many
years" been the "trusted advisor and consultant" of Mr. Salamon. *See* Adversary Proceeding, ECF Docket No. 25-3.
Mr. Salamon claims that he speaks with Mr. Stern "on virtually a daily basis" and that Mr. Stern "very often acts as a
consultant" for him in "various business transactions". *See id.* Mr. Salamon claims that Mr. Stern's involvement in the
Old Mill Road property transaction was in the capacity of a "business consultant" to debtor. *See id.*

disbursed to various individuals and entities. I acted entirely at the direction of debtor and its agents

in connection with my firm's receipt and disbursement of funds arising from the Old Mill Road

property transaction.

    5.    Specifically, the funds were disbursed as follows:

- September 6, 2017: **$12,500,000.00** to Treff & Lowy PLLC;

- September 6, 2017: **$200,000.00** to "Star Foods and More";

- September 13, 2017: **$118,000.00** to Pick & Zabicki LLP (Douglas Pick, Esq.);

- October 4, 2017: **$130,000.00** to White & Williams LLP (Heidi Sorvino, Esq.);

- October 17, 2017: **$622,837.88** to Receiver of Taxes (real estate taxes); and

- November 6, 2017: **$20,000.00** to Douglas Pick, Esq. to eventually be paid to the Office of the U.S. Trustee.

*See* Spreadsheet Containing Accounting of Funds, annexed hereto as **Exhibit B.**

    6.    In addition, a credit in the sum of **$1,997.00** in connection with the Old Mill Road

Property transaction was wired to my firm by Commonwealth Land Title Insurance Company on

September 8, 2017, and was deposited to my firm's IOLA Account. *See* Ex. B.

    7.    The sum of $175,000.00 arising from the Old Mill Road property transaction remains

in my firm's IOLA Account. *See* Ex. B.

    8.    The sum of $175,000.00 that remains in my firm's IOLA Account is to cover my

legal fees and to pay proofs of claim that previously were filed by Mintz Levin and AKRF during the

Chapter 11 Bankruptcy proceeding. *See* E-Mail Exchange dated September 18, 2017, annexed

hereto as **Exhibit C;** *See* Correspondence from Mintz Levin dated September 19, 2017 and Signed

Consent Order, annexed hereto as **Exhibit D;** *See* E-Mail from AKRF dated September 29, 2017 and

Signed Consent Order, annexed hereto as **Exhibit E.**

4813-3404-2522.1        2

**Treff & Lowy PLLC**

9.      On September 6, 2017, David Fleischmann, counsel to Suffern Partners in connection with the Old Mill Road Property transaction, provided me with information indicating that the sum of $12,500,000.00 arising from the Old Mill Road property transaction was to be wired to a law firm in Brooklyn, New York, known as Treff & Lowy PLLC. *See* E-Mail Exchange dated September 6, 2017, annexed hereto as **Exhibit F**.

10.     The disbursement of $12,500,000.00 to Treff & Lowy PLLC on September 6, 2017 was agreed to and approved in writing by Marty Stern and David Salamon on behalf of debtor, and by Isaac Genuth and Mark Yunger of Bridgewater Capital Partners, LLC ("Bridgewater"). *See* Ex. F.

11.     On September 6, 2017, I provided written confirmation to debtor's "consultant"/acknowledged agent Marty Stern, as well as to David Salamon, Isaac Genuth, and Mark Yunger, that I wired the sum of $12,500,000.00 in funds arising from the Old Mill Road property transaction to Treff & Lowy PLLC, as instructed. *See* E-Mail dated September 6, 2017 and wire confirmations, annexed hereto as **Exhibit G**.

12.     My bank account statement from September 2017 confirms that a disbursement in the sum of $12,500,000.00 was sent to Treff & Lowy PLLC on September 6, 2017. *See* Ex. A.

**"Star Foods and More"**

13.     On September 6, 2017, I was directed to disburse the sum of $200,000.00 in funds arising from the Old Mill Road property transaction to a company known as "Star Foods and More". This disbursement was agreed to in writing by David Salamon on behalf of debtor, and by Isaac Genuth and Mark Yunger of Bridgewater. *See* E-Mail Exchange dated September 6, 2017, annexed hereto as **Exhibit H**.

14.     On September 6, 2017, I provided written confirmation to debtor's "consultant"/acknowledged agent Marty Stern, as well as to David Salamon, Isaac Genuth, and Mark Yunger, that I wired the sum of $200,000.00 in funds arising from the Old Mill Road property transaction to "Star Foods and More", as instructed. *See* Ex. G.

15.     My bank account statement from September 2017 confirms that a disbursement in the sum of $200,000.00 was sent to "Star Foods and More" on September 6, 2017. *See* Ex. A.

**Pick & Zabicki LLP (Douglas Pick, Esq.)**

16.     Douglas Pick, Esq. of Pick & Zabicki LLP was counsel to debtor in connection with the Chapter 11 bankruptcy proceeding, Case No. 17-22218, and during the time period in which the Old Mill Road property transaction occurred.

17.     On September 13, 2017, I was given authority by debtor to make a wire transfer in the sum of $118,000.00 to Pick & Zabicki LLP as agreed upon by debtor and Mr. Pick to cover his firm's legal fees. *See* E-Mail Exchange dated September 13, 2017, annexed hereto as **Exhibit I.** I copied debtor's "consultant"/acknowledged agent Marty Stern on my e-mail to Mr. Pick dated September 13, 2017 confirming that I had authority to wire the sum of $118,000.00 to Pick & Zabicki LLP. *See* Ex. I.

18.     The disbursement of $118,000.00 in funds to Pick & Zabicki LLP was made on September 13, 2017. *See* Ex. A.

19.     Mr. Pick has confirmed receipt of funds in the sum of $118,000. *See* Ex. I.

**White & Williams LLP (Heidi Sorvino, Esq.)**

20.     Heidi Sorvino, Esq. of White & Williams LLP was legal counsel to Bridgewater in connection with the Old Mill Road property transaction.

21.     On or about October 3, 2017, I was given approval by debtor to wire the sum of $130,000.00 arising from the Old Mill Road property transaction to Ms. Sorvino to cover legal fees.

4813-3404-2522.1                                4

*See* E-Mail Exchange dated October 3, 2017, annexed hereto as **Exhibit J.** I copied debtor's principal Yehuda Salamon on my e-mail to Ms. Sorvino dated October 3, 2017, confirming that I had authority to wire the sum of $130,000.00 to White & Williams LLP to cover legal fees. *See* Ex. J.

22.   The disbursement of $130,000.00 in funds to Ms. Sorvino was made on October 3, 2017. *See* Bank Account Statement dated October 2017, annexed hereto as **Exhibit K.**

**Real Estate Taxes**

23.   I was instructed by debtor to make a disbursement in the sum of $622,837.88 arising from the Old Mill Road property transaction to the Receiver of Taxes on October 17, 2017. *See* E-Mail dated October 17, 2017, annexed hereto as **Exhibit L.** My understanding was that the disbursement was to cover real estate taxes in connection with the Old Mill Road Property transaction. *See* Ex. L. I confirmed with debtor's principal Yehuda Salamon that I had authority to disburse the sum of $622,837.88 on October 17, 2017. *See* Ex. L.

24.   The disbursement of $622,837.88 in funds to the Receiver of Taxes was made on October 17, 2017. *See* Bank Checks dated October 17, 2017, annexed hereto as **Exhibit M;** *See* Ex. K.

**Office of U.S. Trustee**

25.   On November 1, 2017, debtor's counsel, Douglas Pick, Esq., advised me and debtor's principal Yehuda Salamon via e-mail that he needed to obtain a check in the sum of $20,000.00 to be paid to the Office of the U.S. Trustee for quarterly fees. *See* E-Mail dated November 1, 2017, annexed hereto as **Exhibit N.**

26.    On November 6, 2017, I sent an e-mail to debtor's principal Yehuda Salamon and debtor's "consultant"/acknowledged agent Marty Stern confirming that I was wiring the sum of $20,000.00 to be paid to the Office of the U.S. Trustee to Mr. Pick as instructed. *See* E-Mail dated November 6, 2017, annexed hereto as **Exhibit O**.

27.    I wired the sum of $20,000.00 to Pick & Zabicki LLP to be paid to the Office of the U.S. Trustee on November 6, 2017 as instructed. *See* Bank Statement dated November 2017, annexed hereto as **Exhibit P**.

28.    The Office of the U.S. Trustee confirmed receipt of the funds thereafter. *See* E-Mail dated January 23, 2018, annexed hereto as **Exhibit Q**.

Dated: Chester, New York
       June 19, 2019

_____
                Thomas C. Landrigan

Case 7:20-cv-08905-CS    Document 48-9    Filed 01/07/21    Page 8 of 74

17-22218-rdd    Doc 111-1    Filed 06/19/19    Entered 06/19/19 14:28:16    Exhibit A -
Bank Account Statement dated September 2017    Pg 1 of 7

# EXHIBIT A

Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 9 of 74
17-22218-rdd   Doc 111-1   Filed 06/19/19   Entered 06/19/19 14:28:16   Exhibit A -
Bank Account Statement dated September 2017   Pg 2 of 7



**STERLING**
NATIONAL BANK

21 Scarsdale Road
Yonkers, New York 10707

RETURN SERVICE REQUESTED

COHEN, LABARBERA & LANDRIGAN, LLP ATTY T
ATTORNEY TRUST ACCOUNT
IOLA FUND OF THE STATE OF NY
40 MATTHEWS ST STE 203
GOSHEN NY 10924-1989

*September 2017*

Reporting Activity 0901 - 09/30                    Page 1 of 6

**Contact Us**

© Client Services        855-274-2800

@ Automated
  Telephone            855-274-2802
  Banking

® Mailing Address      21 Scarsdale Road
                       Yonkers, NY 10707

® Online Access        https://www.snb.com

## SUMMARY OF ACCOUNTS

| ACCOUNT TYPE | ACCOUNT NUMBER | ENDING BALANCE |
|---|---|---|
| IOLA NY | ███████ | ███████ |

**IOLA NY** 

| Account Summary | | |
|---|---|---|
| Date | Description | |
| 09/01/2017 | Beginning Balance | ███████ |
| | | ███████ |
| 09/30/2017 | Ending Balance | |

**Interest Summary**

| Description | |
|---|---|
| Interest Earned From 09/01/2017 Through 09/30/2017 | |
| Annual Percentage Yield Earned | ███ |
| Interest Days | |
| Interest Earned | ███ |
| Interest Paid This Period | |
| Interest Paid Year-to-Date | ███ |
| Interest Withheld Year-to-Date | |
| Average Ledger Balance | ███ |
| Average Available Balance | ███ |

**Transaction Activity**

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
|  |  | |  | |



Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 10 of 74

17-22218-rdd   Doc 111-1   Filed 06/19/19   Entered 06/19/19 14:28:16   Exhibit A -
Bank Account Statement dated September 2017   Pg 3 of 7



**September 2017**

Reporting Activity 09/01 - 09/30                    Page 2 of 6

IOLA NY •XXXXXX44JO (continued)

Transaction Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/06/2017 | INCOMING WIRE,RIVERSIDE ABSTRACT LLC,SIGNATURE BANK,,2539810 6 | | $13,763,840.88 | |
| 09/06/2017 | OUTGOING WIRE,STAR FOODS AND M ORE,WELLS FARGO NA,,541579 | -$200,000.00 | | |
| 09/06/2017 | OUTGOING WIRE,TREFF & LOWY PLL C ACCOUNT# 2,SIGNATURE BANK, ,541584 | -$12,500,000.00 | | |
| 09/07/2017 | INCOMING WIRE,COMMONWEALTH LAN D TITLE INSUR CO,BK AMER NYC, 6NYROI 2785,2542i 009 | | $1,997.00 | |
| 09/13/2017 | OUTGOING WIRE,PICK & ZABICKI L LP ,JPMCHASE,,544531 | -$118,000.00 | | |

Case 7:20-cv-08905-CS    Document 48-9    Filed 01/07/21    Page 11 of 74

17-22218-rdd    Doc 111-1    Filed 06/19/19    Entered 06/19/19 14:28:16    Exhibit A -
Bank Account Statement dated September 2017    Pg 4 of 7



**September 2017**

Reporting Activity 09/01 - 09/30                Page 3 of 6

IOLA NY ▮▮▮▮▮▮▮ (continued)

**Transaction Activity (continued)**



Case 7:20-cv-08905-CS    Document 48-9    Filed 01/07/21    Page 12 of 74

17-22218-rdd    Doc 111-1    Filed 06/19/19    Entered 06/19/19 14:28:16    Exhibit A -
Bank Account Statement dated September 2017    Pg 5 of 7



**September 2017**

Reporting Activity 0901 - 09/30

IOLA NYS ████████ (continued)

**Transaction Activity (continued)**

| Transaction Date | Description | Debits | | |
|---|---|---|---|---|

Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 13 of 74
17-22218-rdd   Doc 111-1   Filed 06/19/19   Entered 06/19/19 14:28:16   Exhibit A -
Bank Account Statement dated September 2017   Pg 6 of 7



**September 2017**

Reporting Activity 0901 - 0930                    Page 5 of 6

IOLA NY ███████████ (continued)



Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 14 of 74

17-22218-rdd   Doc 111-1   Filed 06/19/19   Entered 06/19/19 14:28:16   Exhibit A - Bank Account Statement dated September 2017   Pg 7 of 7



**STERLING NATIONAL BANK**

*September 2017*

Reporting Activity 0901 - 09/30                    Page 6 of 6



Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 15 of 74
17-22218-rdd   Doc 111-2   Filed 06/19/19   Entered 06/19/19 14:28:16   Exhibit B -
Spreadsheet Containing Accounting of Funds   Pg 1 of 2

# EXHIBIT B

Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 16 of 74

17-22218-rdd   Doc 111-2   Filed 06/19/19   Entered 06/19/19 14:28:16   Exhibit B -
Spreadsheet Containing Accounting of Funds   Pg 2 of 2

COHEN, LaBARBERA & LANDRIGAN LLP

RS OLD MILL LLC

| DATE | PAYEE | AMOUNT | BALANCE |
|------|-------|--------|---------|
| 9/6/2017 | RIVERSIDE ABSTRACT | $13,763,840.88 | $13,763,840.88 |
| 9/6/2017 | TREFF & LOWY PLLC | ($12,500,000.00) | $1,263,840.88 |
| 9/6/2017 | STAR FOODS AND MORE | ($200,000.00) | $1,063,840.88 |
| 9/8/2017 | COMONWEALTH LAND TITLE | $1,997.00 | $1,065,837.88 |
| 9/13/2017 | PICK & ZABICKI LLP | ($118,000.00) | $947,837.88 |
| 10/4/2017 | WHITE & WILLIAMS | ($130,000.00) | $817,837.88 |
| 10/17/2017 | REAL ESTATE TAXES | ($622,837.88) | $195,000.00 |
| 11/6/2017 | PICK & ZABICKI LLP (US TRUSTEE FEES) | ($20,000.00) | $175,000.00 |

# EXHIBIT C

Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 18 of 74

17-22218-rdd   Doc 111-3   Filed 06/19/19   Entered 06/19/19 14:28:16   Exhibit C -
E-Mail Exchange Dated September 18   2017   Pg 2 of 3

## Thomas C. Landrigan

| | |
|---|---|
| **From:** | d salamon <salamonduvid@gmail.com> |
| **Sent:** | Monday, September 18, 2017 2:41 PM |
| **To:** | Mark Junger |
| **Cc:** | Marty S; Isaac Genuth; moses40600@gmail.com; Thomas C. Landrigan |
| **Subject:** | RE: Fees 25 old mill rd |

Yes
Agree Tom

On Sep 18, 2017 1:34 PM, "Mark Yunger" <mark@bridgewatercp.com> wrote:

agreed


\*\*\*\*\*PLEASE NOTE NEW ADDRESS\*\*\*\*\*\*\*


**Mark Yunger**

*CEO/Founder*





Development | Finance | Advisory


**54 W 47th Street,**

**NEW YORK NY 10036**

Tel: **212-244-1099**

Web: WWW.BRIDGEWATERCP.COM

Email: mark@bridgewatercp.com

1

Case 7:20-cv-08905-CS    Document 48-9    Filed 01/07/21    Page 19 of 74

17-22218-rdd    Doc 111-3    Filed 06/19/19    Entered 06/19/19 14:28:16    Exhibit C -
E-Mail Exchange Dated September 18    2017    Pg 3 of 3

**From:** Thomas C. Landrigan [mailto:tlandrigan@cll-law.com]
**Sent:** Monday, September 18, 2017 12:35 PM
**To:** 'Isaac Genuth'; 'Mark Junger'; 'Marty S'; moses40600@gmail.com; 'd salamon'
**Cc:** tlandrigan@cll-law.com
**Subject:** Fees


All:  As discussed and previously agreed by you, please approve the release from escrow of my compromised fee of $135,000 for our firm.  This is without prejudice, etc.


Thank you,



_____

Thomas C. Landrigan, Partner

Cohen, LaBarbera & Landrigan, LLP

40 Matthews Street, Suite 203

Goshen, New York 10924

845-291-1900

Fax 845-291-8601

Cell:  845-270-3895

Email tlandrigan@cll-law.com

Mail transmission and any accompanying documents contain information belonging to the sender which are confidential and legally privileged.  This information is intended only for the use of the individual or entity to whom this transmission was sent as indicated above.  If you are not the intended recipient, any disclosure, copying or use of same is strictly prohibited.  If you have received this transmission in error, please reply to the sender at (845) 291-1900 or tlandrigan@cll-law.com and delete this message and all attachments from your electronic storage files.  Federal Tax Disclosure and Confidentiality Notice: In accordance with IRS requirements, we inform you that any Federal tax advice contained in this communication is not intended or written to be used, and cannot be used, for thepurpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

  Virus-free. www.avast.com

2

Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 20 of 74
17-22218-rdd    Doc 111-4    Filed 06/19/19    Entered 06/19/19 14:28:16    Exhibit D -
Correspondence Dated September 19    2017 and Signed Consent Order    Pg 1 of 4

# EXHIBIT D

Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 21 of 74
17-22218-rdd   Doc 111-4   Filed 06/19/19   Entered 06/19/19 14:28:16   Exhibit D -
Correspondence Dated September 19   2017 and Signed Consent Order   Pg 2 of 4

# MINTZ LEVIN

Stuart A. Offner | 617 348 4411 | soffner@mintz.com

One Financial Center
Boston, MA  02111
617-542-6000
617-542-2241 fax
www.mintz.com

September 19, 2017

Mr. Isaac Genuth
Bridgewater Capital Partners
54 W. 47th Street
New York, NY  10036

Re:    Novartis/Suffern Invoices - RS Old Mill

Dear Isaac:

I can confirm to you and to Bridgewater as discussed that we have no claim for any fees or other expenses to Bridgewater, you or your affiliates in connection with the Novartis property in any respect.  We wish you the very best in connection with the property and would be happy to assist in any respect

With respect to RS Old Mill, I have spoken with both Yehuda Salamon and Mr. Landrigan.  We are prepared to accept $10,000 and to waive any further claim by our firm for fees, subject to and conditioned upon (i) receipt of funds by the end of October 2017 (or as otherwise approved by the bankruptcy court), and (ii) release of any claims by the debtor.  This covers our claim filed in the bankruptcy proceeding of RS Old Mill, LLC (Case Number 17-22218-rdd) in full.

Sincerely,

Stuart A. Offner

cc:    Thomas Landrigan, Esquire
        Douglas Pick, Esquire
        Mr. Yehuda Salamon

72170189v.1

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

BOSTON   LONDON   LOS ANGELES   NEW YORK   SAN DIEGO   SAN FRANCISCO | STAMFORD   WASHINGTON

Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 22 of 74

17-22218-rdd   Doc 111-4   Filed 06/19/19   Entered 06/19/19 14:28:16   Exhibit D -
Correspondence Dated September 19   2017 and Signed Consent Order   Pg 3 of 4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

In re:                                          Chapter 11
RS OLD MILL, LLC,                               Case No. 17-22218 (RDD)

                        Debtor.
------------------------------------------------------x

## CONSENT ORDER DISMISSING CHAPTER 11 CASE

WHEREAS, on February 13, 2017, the Debtor filed a voluntary petition for relief under

chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with this Court and an

Order for Relief was entered; and

WHEREAS, the Debtor sought relief under the Bankruptcy Code so as to stay the

termination loss of a certain Agreement of Sale, dated as of November 28, 2016 (the "Sale

Agreement"), pursuant to which the Debtor agreed to purchase, and Novartis Corporation

("Novartis"), agreed to sell, certain real property located at 25 Old Mill Road, Suffern and

Montebello, New York (the "Property"); and

WHEREAS, an Order was entered in this case on February 27, 2017 establishing April

14, 2017 as the last date for non-governmental units, and August 14, 2017 with regard to

governmental units, to file proofs of claim on account of pre-Petition Date obligations of the

Debtor (collectively, the "Claims Bar Date"); and

WHEREAS, on September 6, 2017, a closing on the Sale Agreement was completed (the

"Closing"); and

WHEREAS, certain claims asserted against the Debtor by way of filed proofs of claim

and/or listed in the Debtor's schedules were satisfied at closing including, without limitation, the

proofs of claim filed by Novartis (Claim No. 3) and New York Land Services (Claim Nos. 4 and

5); and

Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 23 of 74
17-22218-rdd   Doc 111-4   Filed 06/19/19   Entered 06/19/19 14:28:16   Exhibit D -
Correspondence Dated September 19   2017 and Signed Consent Order   Pg 4 of 4

WHEREAS, given the fact that the potential loss of its rights under the Sale Agreement, which was the impetus for the Debtor's commencement of this case, is no longer a concern, the Debtor no longer requires the protections afforded under the Bankruptcy Code and wishes to conduct its business and affairs in the ordinary course; and

WHEREAS, the undersigned include all creditors who filed proofs of claim in the Debtor's case and/or who were listed as creditors or potential creditors in the Debtor's schedules and all other known parties in interest with regard to this case,

NOW, upon the joint request of the undersigned parties, it is hereby

ORDERED, upon the consent of the undersigned parties and pursuant to §1112(b) of the Bankruptcy Code, that this case is dismissed upon; and it is further

ORDERED that the Debtor shall pay to the United States Trustee the appropriate sum required, if any, pursuant to 28 U.S.C. §1930, together with interest pursuant to 31 U.S.C. §3717, if any, within ten (10) days of the entry of this Order and simultaneously file and provide to the United States Trustee an affidavit indicating the cash disbursements, if any, for the period from commencement of the case to the date of this order.

Dated: New York, New York
        September _____, 2017

HONORABLE MARTIN GLENN   ROBERT D DRAIN
UNITED STATES BANKRUPTCY JUDGE

Consented to and agreed:

Mintz, Levin, Cohn, Ferris,                    AKRF Consulting Services, Inc.
Glovsky and Pompeo                             f/k/a AKRF, Inc.

By:                                            By:
Name:                                          Name:
Title:                                         Title:

2

Case 7:20-cv-08905-CS    Document 48-9    Filed 01/07/21    Page 24 of 74

17-22218-rdd    Doc 111-5    Filed 06/19/19    Entered 06/19/19 14:28:16    Exhibit E -
E-Mail Dated September 29    2017 and Signed Consent Order    Pg 1 of 8

# EXHIBIT E

Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 25 of 74
17-22218-rdd   Doc 111-5   Filed 06/19/19   Entered 06/19/19 14:28:16   Exhibit E -
E-Mail Dated September 29   2017 and Signed Consent Order   Pg 2 of 8

**From:** Sharon DeNara <sdenara@akrf.com>
**Sent:** Friday, September 29, 2017 4:25 PM
**To:** tlandrigan@cll-law.com
**Subject:** Fwd: Project [12494] 25 Old Mill Road Suffern

**Sharon DeNara**
AR Collection Manager

....................................................................

**AKRF, INC.**
*Environmental, Planning, and Engineering Consultants*

440 Park Ave South. 7th Floor  |  New York. NY 10016
P) 646.388.9556    F) 212.779.9721

www.akrf.com

---

--------- Forwarded message ---------
**From: Sharon DeNara** <sdenara@akrf.com>
**Date:** Fri, Sep 29, 2017 at 3:47 PM
**Subject:** Project [12494] 25 Old Mill Road Suffern
**To:** dpick@picklaw.net
**Cc:** Eric Morgenweck <emorgenweck@akrf.com>, Steven Krivitzky <skrivitzky@akrf.com>, Axel Schwendt
<aschwendt@akrf.com>, Marc Godick <mgodick@akrf.com>

1

Case 7:20-cv-08905-CS Document 48-9 Filed 01/07/21 Page 26 of 74

17-22218-rdd Doc 111-5 Filed 06/19/19 Entered 06/19/19 14:28:16 Exhibit E -
E-Mail Dated September 29 2017 and Signed Consent Order Pg 3 of 8

Dear Tom,

**Re: AKRF Project [12494] 25 Old Mill Road Rd Suffern**
**RS Old Mill, LLC - Chapter 11**
**Case No. 17-22218 (RDD)**
**Amount Due: $38,446.47**

As requested, attached is the executed Consent Order Dismissing Chapter 11 Case for the subject project.

We accept your offer of $20,000 in full and final settlement of our claim.

Please remit payment, per the following bank information:

**Account Name: AKRF, Inc.**

**Bank Name: Investors Bank**

> **Court Street Branch**
> **81 Court Street**
> **Brooklyn, NY 11201**

**Account #: 1000458904**

**Routing #: 221272031**


Please reply to confirm receipt and advise where the original document should be sent.

Thank you,

Sharon--

**Sharon DeNara**
AR Collection Manager
..........................................................................

**AKRF, INC.**
*Environmental, Planning, and Engineering Consultants*

440 Park Ave South, 7th Floor | New York, NY 10016
P) 646.388.9556 F) 212.779.9721

www.akrf.com

Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 27 of 74
17-22218-rdd    Doc 111-5    Filed 06/19/19    Entered 06/19/19 14:28:16    Exhibit E -
E-Mail Dated September 29    2017 and Signed Consent Order    Pg 4 of 8

Virus-free. www.avg.com

Case 7:20-cv-08905-CS  Document 48-9  Filed 01/07/21  Page 28 of 74

17-22218-rdd    Doc 111-5    Filed 06/19/19    Entered 06/19/19 14:28:16    Exhibit E -
E-Mail Dated September 29   2017 and Signed Consent Order    Pg 5 of 8

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                                Chapter 11
RS OLD MILL, LLC,                                      Case No. 17-22218 (RDD)

                          Debtor.
-----------------------------------------------------------x

## CONSENT ORDER DISMISSING CHAPTER 11 CASE

WHEREAS, on February 13, 2017, the Debtor filed a voluntary petition for relief under

chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with this Court and an

Order for Relief was entered; and

WHEREAS, the Debtor sought relief under the Bankruptcy Code so as to stay the

termination loss of a certain Agreement of Sale, dated as of November 28, 2016 (the "Sale

Agreement"), pursuant to which the Debtor agreed to purchase, and Novartis Corporation

("Novartis"), agreed to sell, certain real property located at 25 Old Mill Road, Suffern and

Montebello, New York (the "Property"); and

WHEREAS, an Order was entered in this case on February 27, 2017 establishing April 14,

2017 as the last date for non-governmental units, and August 14, 2017 with regard to governmental

units, to file proofs of claim on account of pre-Petition Date obligations of the Debtor (collectively,

the "Claims Bar Date"); and

WHEREAS, on September 6, 2017, a closing on the Sale Agreement was completed (the

"Closing"); and

WHEREAS, certain claims asserted against the Debtor by way of filed proofs of claim

and/or listed in the Debtor's schedules were satisfied at closing including, without limitation, the

proofs of claim filed by Novartis (Claim No. 3) and New York Land Services (Claim Nos. 4 and

5); and

Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 29 of 74
17-22218-rdd   Doc 111-5   Filed 06/19/19   Entered 06/19/19 14:28:16   Exhibit E -
E-Mail Dated September 29   2017 and Signed Consent Order   Pg 6 of 8

**WHEREAS,** given the fact that the potential loss of its rights under the Sale Agreement, which was the impetus for the Debtor's commencement of this case, is no longer a concern, the Debtor no longer requires the protections afforded under the Bankruptcy Code and wishes to conduct its business and affairs in the ordinary course; and

**WHEREAS,** the undersigned include all creditors who filed proofs of claim in the Debtor's case and/or who were listed as creditors or potential creditors in the Debtor's schedules and all other known parties in interest with regard to this case.

**NOW,** upon the joint request of the undersigned parties, it is hereby

**ORDERED,** upon the consent of the undersigned parties and pursuant to §1112(b) of the Bankruptcy Code, that this case is dismissed upon; and it is further

**ORDERED** that the Debtor shall pay to the United States Trustee the appropriate sum required, if any, pursuant to 28 U.S.C. §1930, together with interest pursuant to 31 U.S.C. §3717, if any, within ten (10) days of the entry of this Order and simultaneously file and provide to the United States Trustee an affidavit indicating the cash disbursements, if any, for the period from commencement of the case to the date of this order.

Dated: New York, New York
      September _____, 2017

                                     _____
                                     HONORABLE MARTIN GLENN
                                     UNITED STATES BANKRUPTCY JUDGE

**Consented to and agreed:**

Mintz, Levin, Cohn, Ferris,            AKRF Consulting Services, Inc.
Glovsky and Pompeo                  f/k/a AKRF, Inc.

By: _____      By: _____
     Name:                            Name: Anne M. Looke
     Title:                             Title: SVP COO

Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 30 of 74

17-22218-rdd   Doc 111-5   Filed 06/19/19   Entered 06/19/19 14:28:16   Exhibit E -
E-Mail Dated September 29   2017 and Signed Consent Order   Pg 7 of 8

Alpine Fine Construction

By: _____
   Name:
   Title:

Bridgewater Capital

By: _____
   Name:
   Title:

Ell City LLC

By: _____
   Name:
   Title:

Instyle Interiors

By: _____
   Name:
   Title:

Lyncrest Consulting

By: _____
   Name:
   Title:

Romaro

By: _____
   Name:
   Title:


Better Distributors

By: _____
   Name:
   Title:

Caps Skull

By: _____
   Name:
   Title:

Goldman Copeland

By: _____
   Name:
   Title:

JLL

By: _____
   Name:
   Title:

RFG

By: _____
   Name:
   Title:

Shefa Trans Public

By: _____
   Name:
   Title:

Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 31 of 74
17-22218-rdd   Doc 111-5   Filed 06/19/19   Entered 06/19/19 14:28:16   Exhibit E -
E-Mail Dated September 29   2017 and Signed Consent Order   Pg 8 of 8

**UHCS Distributors**                    **Watermark Associates LLC**

By: _____         By: _____
   Name:                                 Name:
   Title:                                Title:

**United States Trustee for Region 2**

By: _____
   Name:
   Title:

4

Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 32 of 74

17-22218-rdd   Doc 111-6   Filed 06/19/19   Entered 06/19/19 14:28:16   Exhibit F -
E-Mail Exchange Dated September 6   2017   Pg 1 of 5

# EXHIBIT F

## Thomas C. Landrigan

**From:** d salamon <salamonduvid@gmail.com>
**Sent:** Wednesday, September 6, 2017 4:01 PM
**To:** Moses
**Cc:** Marty S; David Fleischmann; syeoman@cll-law.com; duvis 110; Thomas C. Landrigan; igenuth@bridgewatercp.com; Mark Yunger; GBROSNAN@cll-law.com
**Subject:** Re: Wire Instructions

Agreed

On Sep 6, 2017 3:55 PM, "Moses" <moses40600@gmail.com> wrote:
Agreed

On Sep 6, 2017, at 3:44 PM, Mark Yunger <mark@bridgewatercp.com> wrote:


AGREED


Mark Yunger

**CEO/Founder**


**From:** igenuth@bridgewatercp.com [mailto:igenuth@bridgewatercp.com]
**Sent:** Wednesday, September 6, 2017 3:40 PM
**To:** 'Marty S'; 'Thomas C. Landrigan'
**Cc:** moses40600@gmail.com; 'duvis 110'; salamonduvid@gmail.com; 'Mark Junger'; GBROSNAN@CLL-LAW.COM; syeoman@cll-law.com; 'David Fleischmann'
**Subject:** RE: Wire Instructions


AGREED


ISAAC GENUTH


**From:** Marty S [mailto:martys19993@gmail.com]
**Sent:** Wednesday, September 06, 2017 3:40 PM
**To:** Thomas C. Landrigan <tlandrigan@cll-law.com>
**Cc:** moses40600@gmail.com; duvis 110 <duvis110@gmail.com>; salamonduvid@gmail.com; Isaac

Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 34 of 74

17-22218-rdd   Doc 111-6   Filed 06/19/19   Entered 06/19/19 14:28:16   Exhibit F - E-Mail Exchange Dated September 6   2017   Pg 3 of 5

Rados, Christopher

| | |
|---|---|
| **From:** | d salamon <salamonduvid@gmail.com> |
| **Sent:** | Wednesday, September 06, 2017 4:01 PM |
| **To:** | Moses |
| **Cc:** | Marty S; David Fleischmann; syeoman@cll-law.com; duvis 110; Thomas C. Landrigan; igenuth@bridgewatercp.com; Mark Yunger; GBROSNAN@cll-law.com |
| **Subject:** | Re: Wire Instructions |

Agreed

On Sep 6, 2017 3:55 PM, "Moses" <moses40600@gmail.com> wrote:
Agreed

On Sep 6, 2017, at 3:44 PM, Mark Yunger <mark@bridgewatercp.com> wrote:


AGREED


Mark Yunger

*CEO/Founder*




**From:** igenuth@bridgewatercp.com [mailto:igenuth@bridgewatercp.com]
**Sent:** Wednesday, September 6, 2017 3:40 PM
**To:** 'Marty S'; 'Thomas C. Landrigan'
**Cc:** moses40600@gmail.com; 'duvis 110'; salamonduvid@gmail.com; 'Mark Junger'; GBROSNAN@CLL-LAW.COM; syeoman@cll-law.com; 'David Fleischmann'
**Subject:** RE: Wire Instructions



AGREED



ISAAC GENUTH



**From:** Marty S [mailto:martys19993@gmail.com]
**Sent:** Wednesday, September 06, 2017 3:40 PM
**To:** Thomas C. Landrigan <tlandrigan@cll-law.com>

1

Cc: moses40600@gmail.com; duvis 110 <duvis110@gmail.com>; salamonduvid@gmail.com;
Isaac Genuth <igenuth@bridgewatercp.com>; Mark Junger <mark@bridgewatercp.com>;
GBROSNAN@CLL-LAW.COM; syeoman@cll-law.com; David Fleischmann
<david@dflcischmann.com>
Subject: Re: Wire Instructions


Agreed

Sent from my iPhone


On Sep 6, 2017, at 3:35 PM, Thomas C. Landrigan <tlandrigan@cll-law.com> wrote:

> I am in receipt of wired funds in the amount of $13,763,840.88.  Please confirm
> that $12,500,000 is to be wired to Treff & Lowy per the below instructions
> provided by David Flieschmann.  Thank you, Tom
>
>
> From: David Fleischmann [mailto:david@dfleischmann.com]
> Sent: Wednesday, September 6, 2017 2:04 PM
> To: tlandrigan@cll-law.com
> Subject: Fwd: Thanks
>
>
>
>
>
>
> Account 2.
> Beneficiary Bank: SIGNATURE BANK, 97
> Broadway, Brooklyn, New York 11249
> ABA Routing No. 026013576
> Accountholder No. 1501272775
> Account Name: Treff & Lowy PLLC, Account
> #2
> Account Holder Address: 342 Bedford Ave,
> Brooklyn, New York 11249

2

Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 36 of 74

17-22218-rdd    Doc 111-6    Filed 06/19/19    Entered 06/19/19 14:28:16    Exhibit F -
E-Mail Exchange Dated September 6    2017    Pg 5 of 5

<image001.jpg> Virus-free. www.avg.com

Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 37 of 74
17-22218-rdd    Doc 111-7    Filed 06/19/19    Entered 06/19/19 14:28:16    Exhibit G -
E-Mail Dated September 6    2017 and Wire Confirmations    Pg 1 of 4

# EXHIBIT G

Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 38 of 74

17-22218-rdd   Doc 111-7   Filed 06/19/19   Entered 06/19/19 14:28:16   Exhibit G -
E-Mail Dated September 6   2017 and Wire Confirmations   Pg 2 of 4

## Thomas C. Landrigan

| | |
|---|---|
| **From:** | Thomas C. Landrigan <tlandrigan@cll-law.com> |
| **Sent:** | Wednesday, September 6, 2017 6:25 PM |
| **To:** | 'Marty S'; 'Isaac Genuth'; 'Mark Junger'; 'salamonduvid@gmail.com' |
| **Cc:** | 'tlandrigan@cll-law.com' |
| **Subject:** | FW: Wire Transfer Confirmations |
| **Attachments:** | doc09777320170906175927.pdf |

Wire confirmations.

**From:** Robert Hand [mailto:rhand@cll-law.com]
**Sent:** Wednesday, September 6, 2017 5:36 PM
**To:** tlandrigan@cll-law.com
**Subject:** Wire Transfer Confirmations


Robert Hand, Controller
Cohen, LaBarbera & Landrigan, LLP
40 Matthews Street, Suite 203
Goshen, New York 10924
Telephone: (845) 291-1900
Fax: (845) 291-8601
E-Mail: RHAND@CLL-LAW.COM

Mail transmission and any accompanying documents contain information belonging to the sender which are confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying or use of same is strictly prohibited. If you have received this transmission in error, please reply to the sender at (845) 291-1900 or RHAND@CLL-LAW.COM and delete this message and all attachments from your electronic storage files.

Federal Tax Disclosure and Confidentiality Notice: In accordance with IRS requirements, we inform you that any Federal tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email has been checked for viruses by AVG antivirus software.
www.avg.com

1

Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 39 of 74
17-22218-rdd   Doc 111-7   Filed 06/19/19   Entered 06/19/19 14:28:16   Exhibit G -
E-Mail Dated September 6   2017 and Wire Confirmations   Pg 3 of 4



**STERLING**
NATIONAL BANK

COHEN, LaBARBERA & LANDRIGAN LLP

IOLA 0002 (XX4430)

09/06/17

$12,500,000.00

026013576

SIGNATURE BANK          Complete

OFAC Passed    CTR 1000          09/06/17 03:50 PM

FED WIRE REFERENCE:

  20170906GMQFMP01016909

  20170906B6B7261F00142909061711FT03

Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 40 of 74

17-22218-rdd   Doc 111-7   Filed 06/19/19   Entered 06/19/19 14:28:16   Exhibit G -
E-Mail Dated September 6   2017 and Wire Confirmations   Pg 4 of 4



**STERLING**
NATIONAL BANK

COHEN, LaBARBERA & LANDRIGAN LLP

IOLA 0002 (XX4430)

09/06/17

$200,000.00

121000248

WELLS FARGO NA        Complete

OFAC Passed     CTR 1000        09/06/17 03:46 PM

FED WIRE REFERENCE:

     20170906GMQFMP01016908

     20170906I187033R01967709061711FT03

# EXHIBIT H

Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 42 of 74

17-22218-rdd   Doc 111-8   Filed 06/19/19   Entered 06/19/19 14:28:16   Exhibit H -
E-Mail Exchange Dated September 6   2017   Pg 2 of 4

Thomas C. Landrigan

| | |
|---|---|
| **From:** | d salamon <salamonduvid@gmail.com> |
| **Sent:** | Wednesday, September 6, 2017 4:20 PM |
| **To:** | Mark Junger |
| **Cc:** | Isaac Genuth; Thomas C. Landrigan; duvis 110 |
| **Subject:** | RE: please release |

Agree.

On Sep 6, 2017 4:19 PM, "Mark Yunger" <mark@bridgewatercp.com> wrote:

AGREED

*****PLEASE NOTE NEW ADDRESS*******

**Mark Yunger**

*CEO/Founder*


Bridgewater

Development | Finance | Advisory

54 W 47th Street

NEW YORK, NY 10035

Tel: 212-244-1099

Web: WWW.BRIDGEWATERCP.COM

Email: mark@bridgewatercp.com

**From:** duvis 110 [mailto:duvis110@gmail.com]
**Sent:** Wednesday, September 6, 2017 4:19 PM
**To:** igenuth@bridgewatercp.com
**Cc:** tlandrigan@cll-law.com; mark@bridgewatercp.com; d salamon
**Subject:** Re: please release

Agreed

Sent from my iPhone

On Sep 6, 2017, at 4:15 PM, <igenuth@bridgewatercp.com> <igenuth@bridgewatercp.com> wrote:

Please wire $200,000.00 to the account below. This wire should come off of the proceeds of Cohen
Labarbera Landrigan.

STAR FOODS AND MORE

50 TICE BLVD.  STE A40

WOODCLIFF LAKE, NJ 07677-7666

WELLS FARGO BANK

ABA 121000248

ACCOUNT 8037606889

**ISAAC GENUTH**

<imtgg801-jpg>

54 W. 47TH STREET Suite 3 5FE, New York City, NY 19 36

Tel: **212 244-1099**

Cell: **917 750-9565**

Web: www.bridgewatercp.com

Email: igenuth@bridgewatercp.com

2

Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 44 of 74

17-22218-rdd   Doc 111-8   Filed 06/19/19   Entered 06/19/19 14:28:16   Exhibit H -
E-Mail Exchange Dated September 6   2017   Pg 4 of 4

CONFIDENTIALITY NOTICE: THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR
ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED,
CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS
MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE
RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY AND DELETE THIS
MESSAGE PERMANENTLY FROM YOUR FILES.

Virus-free. www.avast.com

3

# EXHIBIT I

Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 46 of 74

17-22218-rdd   Doc 111-9   Filed 06/19/19   Entered 06/19/19 14:28:16   Exhibit I -
E-Mail Exchange Dated September 13   2017   Pg 2 of 2

## Thomas C. Landrigan

**From:** Doug Pick <dpick@picklaw.net>
**Sent:** Wednesday, September 13, 2017 3:07 PM
**To:** 'Thomas C. Landrigan'
**Subject:** RE: Fees


Received  Thank you



Douglas J. Pick | *Partner*
**PICK & ZABICKI LLP**
369 Lexington Avenue, 12th Floor, New York, NY 10017
(212) 695-6000 Ext. 223 | dpick@picklaw.net
www.picklaw.net


**From:** Thomas C. Landrigan [mailto:tlandrigan@cll-law.com]
**Sent:** Wednesday, September 13, 2017 2:47 PM
**To:** 'Doug Pick' <dpick@picklaw.net>
**Cc:** tlandrigan@cll-law.com
**Subject:** RE: Fees

Doug:  Please confirm when you have received the $118,000 fees you and debtor agreed upon.  Thanks, Tom

**From:** Thomas C. Landrigan [mailto:tlandrigan@cll-law.com]
**Sent:** Wednesday, September 13, 2017 11:18 AM
**To:** 'Doug Pick' <dpick@picklaw.net>
**Cc:** 'tlandrigan@cll-law.com' <tlandrigan@cll-law.com>; 'Marty S' <martys19993@gmail.com>
**Subject:** Fees

Doug: Please send me your wire instructions.  I would like to do this all at once, but last evening it appears I have authority from the "panel" to release $118,000 to you.  This does not solve this globally as I have made everyone aware (Heidi, TCL and Mintz, etc. have to be taken care of appropriately all of whom can object to dismissal), but I am told that should happen in some fashion today.

We need to start the process towards prompt dismissal, please send me your wire instructions and start the process.  Thanks,

Thomas C. Landrigan, Partner
Cohen, LaBarbera & Landrigan, LLP
40 Matthews Street, Suite 203
Goshen, New York 10924
845-291-1900
Fax 845-291-8601
Cell:  845-270-3895

# EXHIBIT J

Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 48 of 74

17-22218-rdd    Doc 111-10    Filed 06/19/19   Entered 06/19/19 14:28:16    Exhibit J -
E-Mail Exchange Dated October 3   2017   Pg 2 of 2

## Thomas C. Landrigan

| | |
|---|---|
| **From:** | Thomas C. Landrigan <tlandrigan@cll-law.com> |
| **Sent:** | Tuesday, October 3, 2017 7:05 PM |
| **To:** | 'Sorvino, Heidi' |
| **Cc:** | tlandrigan@cll-law.com; 'Doug Pick'; 'Yehuda Salamon' |
| **Subject:** | FW: Objections |

Heidi:  I have approval to wire you $130,000 to be held in escrow subject to dismissal of the bankruptcy case per necessary client authorization and Doug Pick's guidance.  Please confirm this is acceptable and we will send it out early morning.

Thanks,

---

Thomas C. Landrigan, Partner
Cohen, LaBarbera & Landrigan, LLP
40 Matthews Street, Suite 203
Goshen, New York 10924
845-291-1900
Fax 845-291-8601
Cell: 845-270-3895
Email tlandrigan@cll-law.com

Mail transmission and any accompanying documents contain information belonging to the sender which are confidential and legally privileged.  This information is intended only for the use of the individual or entity to whom this transmission was sent as indicated above.  If you are not the intended recipient, any disclosure, copying or use of same is strictly prohibited.  If you have received this transmission in error, please reply to the sender at (845) 291-1900 or tlandrigan@cll-law.com and delete this message and all attachments from your electronic storage files.  Federal Tax Disclosure and Confidentiality Notice: In accordance with IRS requirements, we inform you that any Federal tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Virus-free. www.avg.com

1

# EXHIBIT K

Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 50 of 74

17-22218-rdd   Doc 111-11   Filed 06/19/19   Entered 06/19/19 14:28:16   Exhibit K -
Bank Account Statement Dated October 2017   Pg 2 of 7



21 Scarsdale Road
Yonkers, New York 10707

RETURN SERVICE REQUESTED

COHEN, LABARBERA & LANDRIGAN, LLP ATTY T
ATTORNEY TRUST ACCOUNT
IOLA FUND OF THE STATE OF NY
40 MATTHEWS ST STE 203
GOSHEN NY 10924-1989

## October 2017

Reporting Activity 1001 - 1031                     Page 1 of 6

### Contact Us

| | Client Services | 855-274-2800 |
| © | Automated Telephone Banking | 855-274-2802 |
| ® | Mailing Address | 21 Scarsdale Road Yonkers, NY 10707 |
| ® | Online Access | https://www.snb.com |

## SUMMARY OF ACCOUNTS

| ACCOUNT TYPE | ACCOUNT NUMBER | ENDING BALANCE |
|---|---|---|
| IOLA NY | ▮ | ▮ |



**Account Summary**

| Date | Description | |
|---|---|---|
| 10/01/2017 | Beginning Balance | ▮ |
| 10/31/2017 | Ending Balance | ▮ |

**Interest Summary**

Description

| | |
|---|---|
| Interest Earned From 10/01/2017 Through 10/31/2017 | |
| Annual Percentage Yield Earned | ▮ |
| Interest Days | ▮ |
| Interest Earned | ▮ |
| Interest Paid This Period | ▮ |
| Interest Paid Year-to-Date | ▮ |
| Interest Withheld Year-to-Date | ▮ |
| Average Ledger Balance | ▮ |
| Average Available Balance | ▮ |

**Transaction Activity**



| Transaction Date | Description | | Debits | Credits | |
|---|---|---|---|---|---|
|  | Beginning Balance |  |  |  | |





**STERLING** NATIONAL BANK

**October 2017**

*Reporting Activity 1091 • 1031*                    Page 2 of 6

**IOLA NY** ▮▮▮▮▮▮▮▮ (continued)

**Transaction Activity (continued)**

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/04/2012 | OUTGOING WIRE WHITE AND WILLIA MS LLP ATTY TRUST WELLS FARGO NA 55430 | -$130,000.00 | | |

Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 52 of 74

17-22218-rdd   Doc 111-11   Filed 06/19/19   Entered 06/19/19 14:28:16   Exhibit K -
Bank Account Statement Dated October 2017   Pg 4 of 7



## STERLING NATIONAL BANK

**October 2017**

Reporting Activity 1001 - 1031          Page 3 of 6

---

**IOLA NY -** ████████ **(continued)**

### Transaction Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 9/12/17 | CHECK #630 | -$622,857.58 | | |



**October 2017**

Reporting Activity 1001 - 1031

Page 4 of 6



Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 54 of 74

17-22218-rdd   Doc 111-11   Filed 06/19/19   Entered 06/19/19 14:28:16   Exhibit K -
Bank Account Statement Dated October 2017   Pg 6 of 7



**STERLING**
NATIONAL BANK

**October 2017**

Reporting Activity 10/01 • 10/31                    Page 5 of 6

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Credits (continued)**

| Date | Description | Amount |
|------|-------------|--------|
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮ | ▮▮▮ |

**Checks Cleared**

| Check Number | Check Date | Check Amount | | Check Number | Check Date | Check Amount |
|--------------|-----------|--------------|--|--------------|-----------|--------------|
| ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ |

* Indicates skipped check number

**Daily Balances**

| Date | Amount | Date | | Amount | Date | Amount |
|------|--------|------|--|--------|------|--------|
| ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ |



**October 2017**

*Reporting Activity 1001 + 1081*                    *Page 6 of 6*

THIS PAGE LEFT INTENTIONALLY BLANK

# EXHIBIT L

## Thomas C. Landrigan

| | |
|---|---|
| **From:** | Thomas C. Landrigan <tlandrigan@cll-law.com> |
| **Sent:** | Tuesday, October 17, 2017 4:59 PM |
| **To:** | 'Cc: 'YS''; 'Doug Pick'; 'Michael Levine'; 'To: 'Sorvino, Heidi'' |
| **Cc:** | 'tlandrigan@cll-law.com'; 'AMindick@rsabstract.com'; 'Isaac Genuth'; 'Mark Yunger' |
| **Subject:** | Taxes |
| **Attachments:** | RECEIVER OF TAXES.pdf |

I am delivering the attached tax payment to our client for delivery as instructed and as bankruptcy counsel has advised real estate taxes (in this case September taxes) can be paid out of funds I am holding.

The balance of any taxes owed I understand will be paid separately.

Thomas C. Landrigan, Partner
Cohen, LaBarbera & Landrigan, LLP
40 Matthews Street, Suite 203
Goshen, New York 10924
845-291-1900
Fax 845-291-8601
Email tlandrigan@cll-law.com

Mail transmission and any accompanying documents contain information belonging to the sender which are confidential and legally privileged.  This information is intended only for the use of the individual or entity to whom this transmission was sent as indicated above.  If you are not the intended recipient, any disclosure, copying or use of same is strictly prohibited.  If you have received this transmission in error, please reply to the sender at (845) 291-1900 or tlandrigan@cll-law.com and delete this message and all attachments from your electronic storage files.  Federal Tax Disclosure and Confidentiality Notice: In accordance with IRS requirements, we inform you that any Federal tax advice contained in this communication is not intended or written to be used, and cannot be used, for thepurpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 58 of 74

17-22218-rdd    Doc 111-13    Filed 06/19/19    Entered 06/19/19 14:28:16    Exhibit M -
Bank Checks Dated October 17   2017   Pg 1 of 4

# EXHIBIT M



STERLING
NATIONAL BANK
60 MATTHEWS STREET
GOSHEN, NY 10924

REMITTER    COHEN, LABARBERA AND
LANDRIGAN, LLP

PAY
TO THE
ORDER OF    RECEIVER OF TAXES

Six Hundred Twenty-Two Thousand Eight Hundred Thirty-Seven and 88/100

MEMO

BANK CHECK

DATE    10/17/17
BRANCH   339

297524

$622,837.88

⑆297524⑆ ⑆221970443⑆ 531499⑆

STERLING
NATIONAL BANK
60 MATTHEWS STREET
GOSHEN, NY 10924

BANK CHECK

DATE 10/17/17                          297524

REMITTER    COHEN, LABARBERA AND
LANDRIGAN, LLP

TO          RECEIVER OF TAXES

MEMO

BRANCH          339
ORIGINATOR      PROKR3
TIME            16:06:24

CHECK AMT       $622,837.88
FEE AMT         $0.00

NON-NEGOTIABLE

Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 60 of 74

17-22218-rdd   Doc 111-13   Filed 06/19/19   Entered 06/19/19 14:28:16   Exhibit M -
Bank Checks Dated October 17   2017   Pg 3 of 4



>221970443<
Sterling Natl Bank #339
2017-10-17
0339271904
Batch 121782310

**COHEN, LABARBERA AND LANDRIGAN, LLP**
**ATTORNEYS AT LAW**
IOLTA ACCOUNT
40 MATTHEWS STREET, SUITE 203
GOSHEN, NY 10924

STERLING NATIONAL BANK

50-7044/2219

**1530**

10/17/2017

PAY TO THE
ORDER OF   Sterling National Bank                                      $   **622,837.88

Six Hundred Twenty-Two Thousand Eight Hundred Thirty-Seven and 88/100************************************   **DOLLARS**

Sterling National Bank

MEMO

⑈OO⑁530⑈  ⑆22⑁970⑁⑁3⑆  ⑈OOOOO9⑁⑁⑁30⑈

# EXHIBIT N

**From:** Doug Pick [mailto:dpick@picklaw.net]
**Sent:** Wednesday, November 1, 2017 7:28 PM
**To:** 'Thomas C. Landrigan' <tlandrigan@cll-law.com>; 'Cc: 'YS' <yidel11219@gmail.com>; 'duvis 110'
<duvis110@gmail.com>
**Cc:** Eric Zabicki <ezabicki@picklaw.net>
**Subject:** RE: Novartis/Suffern Sale - Closing Statements

I will need a $20,000 check to the Office of the US Trustee for the quarterly fees plus an additional $3,000 for
our time and out of pocket expenses to have the case noticed to all creditors for dismissal.  Can you wire us
$23,000    Thanks Doug

Douglas J. Pick  | *Partner*
**PICK & ZABICKI LLP**
369 Lexington Avenue, 12th Floor, New York, NY 10017
(212) 695-6000 Ext. 223 |  dpick@picklaw.net
www.picklaw.net

# EXHIBIT O

| | |
|---|---|
| **From:** | Thomas C. Landrigan <tlandrigan@cll-law.com> |
| **Sent:** | Monday, November 06, 2017 10:52 AM |
| **To:** | 'Marty S'; 'Cc: 'YS'' |
| **Subject:** | FW: Novartis/Suffern Sale - Closing Statements |

FYI: Per prior emails, I am wiring $20,000 to Doug Pick, Esq. per prior e-mails so he can cut $20,000 **statutory required** amount to the US Trustee's office, which is required to dismiss the case (the timeline for dismissal is literally Tuesday-Wednesday so we need no reason for trouble right now). Note, also, that Doug Pick will require an additional **$3,000 today** per the below and my funds are short to cover this after accounting for all other items, which should be done immediately. Someone should take care of this (I cannot deduct it and still cover my fees, AKRF resolution or Mintz resolution without being short on closeout funds, someone needs to address).

Also, note, we need the operating reports completed to close this out. We are 2 business days more away but need this done right now to close this out.

Best,

Thanks, Tom

# EXHIBIT P



**STERLING**
NATIONAL BANK

21 Scarsdale Road
Yonkers, New York 10707

## November 2017

Reporting Activity 1101 - 11/30                    Page 1 of 6

RETURN SERVICE REQUESTED

COHEN, LABARBERA & LANDRIGAN LLP
ATTORNEY TRUST ACCOUNT
IOLA FUND OF THE STATE OF NY
40 MATTHEWS ST STE 203
GOSHEN NY 10924-1989

### Contact Us

| | | |
|---|---|---|
| Client Services | 855-274-2800 | |
| Automated Telephone Banking | 855-274-2802 | |
| Mailing Address | 21 Scarsdale Road Yonkers, NY 10707 | |
| Online Access | https://www.snb.com | |

## SUMMARY OF ACCOUNTS

| ACCOUNT TYPE | ACCOUNT NUMBER | ENDING BALANCE |
|---|---|---|
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |

IOLA NY

### Account Summary

| Date | Description | |
|---|---|---|
| 11/01/2017 | Beginning Balance | ▮▮▮▮ |
| 11/30/2017 | Ending Balance | ▮▮▮▮ |

### Interest Summary

| Description | |
|---|---|
| Interest Earned From 11/01/2017 Through 11/30/2017 | |
| Annual Percentage Yield Earned | ▮▮▮ |
| Interest Days | |
| Interest Earned | |
| Interest Paid This Period | |
| Interest Paid Year-to-Date | |
| Interest Withheld Year-to-Date | |
| Average Ledger Balance | ▮▮▮▮ |
| Average Available Balance | ▮▮▮▮ |

### Transaction Activity

| Transaction-Date | Description | Debits | Credits | |
|---|---|---|---|---|
| | Beginning Balance | | | ▮▮ |
| ▮▮ | ▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ |
| ▮▮ | ▮▮▮▮ | ▮▮ | | ▮▮ |
| ▮▮ | ▮▮▮▮ | | ▮▮ | ▮▮ |
| ▮▮ | ▮▮▮▮ | | | ▮▮ |



MEMBER
FDIC

Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 68 of 74

17-22218-rdd   Doc 111-16   Filed 06/19/19   Entered 06/19/19 14:28:16   Exhibit P -
Bank Account Statement Dated November 2017   Pg 3 of 7



**November 2017**

Reporting Activity 11/01 - 11/30                     Page 2 of 6

---

**IOIA NY ▮▮▮▮▮▮▮▮   (continued)**

### Transaction Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| ▮▮▮▮▮▮ | OUTGOING WIRE PICK & ZARILL L | -$20,000.00 | | |

Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 69 of 74

17-22218-rdd   Doc 111-16   Filed 06/19/19   Entered 06/19/19 14:28:16   Exhibit P -
Bank Account Statement Dated November 2017   Pg 4 of 7



**November 2017**

Reporting Activity 1101 - 1180          Page 3 of 6

IOLA NY▮ ▮▮▮▮▮▮ (continued)

**Transaction Activity (continued)**



Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 70 of 74

17-22218-rdd   Doc 111-16   Filed 06/19/19   Entered 06/19/19 14:28:16   Exhibit P -
Bank Account Statement Dated November 2017   Pg 5 of 7







**November 2017**

Reporting Activity 11/01 - 11/30                    Page 5 of 6

**IOLA NY◆** ▓▓▓▓▓▓▓ **(continued)**

### Checks Cleared (continued)

| Check Number | Check Date | Check Amount | | Check Number | Check Date | Check Amount |
|---|---|---|---|---|---|---|

\* indicates skipped check number

### Daily Balances

| Date | Amount | Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|---|---|

### Overdraft and Returned Item Fees

| | Total for this period | Total year to date |
|---|---|---|
| ▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ |
| ▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓▓ |

Case 7:20-cv-08905-CS   Document 48-9   Filed 01/07/21   Page 72 of 74

17-22218-rdd   Doc 111-16   Filed 06/19/19   Entered 06/19/19 14:28:16   Exhibit P -
Bank Account Statement Dated November 2017   Pg 7 of 7



**November 2017**

*Reporting Activity 11/01 - 11/30*                          *Page 6 of 6*

THIS PAGE LEFT INTENTIONALLY BLANK

# EXHIBIT Q

**From:** Nadkarni, Joseph (USTP)
**Sent:** Tuesday, January 23, 2018 10:19 AM
**To:** dpick@picklaw.net
**Cc:** Nadkarni, Joseph (USTP) <Joseph.T.Nadkarni@UST.DOJ.GOV>
**Subject:** RE: RS Old Mill LLC

Doug:

Good Morning.  We received a check for $20,000 on this case for quarterly fees.

I believe this is a mistake.  Given that the debtor has not had any disbursements since the case filed and the motion to dismiss has still not been resolved, currently the debtor owes $975.  Please let me know about the check and the status of the motion to dismiss.

Regards,
Joseph

Joseph T. Nadkarni, CFA
Bankruptcy Analyst
Office of the United States Trustee
201 Varick Street – Suite 1006
New York, New York 10014
(212) 510-0517

 Virus-free. www.avg.com