# EXHIBIT X

Civil Action No. 20-cv-08905-CS
Affirmation of David K. Fiveson, Esq.

# NYS Department of State

## Division of Corporations

## Entity Information

The information contained in this database is current through January 5, 2021.

---

Selected Entity Name: GOLDMANRX INC
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | GOLDMANRX INC |
| **DOS ID #:** | 5190608 |
| **Initial DOS Filing Date:** | AUGUST 22, 2017 |
| **County:** | KINGS |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

GOLDMANRX INC
1449 57TH STREET
BROOKLYN, NEW YORK, 11219

**Registered Agent**

CORPORATE FILINGS OF NEW YORK
90 STATE STREET
STE 700, OFFICE 40
ALBANY, NEW YORK, 12207

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of

incorporation, however this information is not recorded
and only available by <u>viewing the certificate.</u>

## *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | No Par Value | |

*Stock information is applicable to domestic business corporations.

## Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| AUG 22, 2017 | Actual | GOLDMANRX INC |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

<u>Search Results</u>   <u>New Search</u>

<u>Services/Programs</u>   |   <u>Privacy Policy</u>   |   <u>Accessibility Policy</u>   |   <u>Disclaimer</u>   |   <u>Return to DOS Homepage</u>   |   <u>Contact Us</u>